# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1897
Lower Tribunal No. F00-10701
_____

**Domonique Smith,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Domonique Smith, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. <u>State v. Hackley</u>, 95 So. 3d 92, 94 (Fla. 2012) ("The plain language of the burglary, assault, and PRR statutes leads us to conclude that burglary of a conveyance with an assault is a qualifying PRR offense. Because burglary of a conveyance with an assault is a felony that necessarily involves the 'threat by word or act to do violence to the person of another,' it falls within subsection (*o*) of the PRR statute, which covers '[a]ny felony that involves the use or threat of physical force or violence against an individual.'" (quoting section 775.082(9)(a)1(*o*), Fla. Stat. (2006))).